GULF SMOKELESS COAL COMPANY, a Corporation, Appellant, v. Henry M. SUTTON, Walter L. Steele, Edwin G. Steele, American Coal Cleaning Corporation, and Roberts & Schaefer Company, a Corporation, Appellees.

No. 3727.

Circuit Court of Appeals, Fourth Circuit.

Oct. 2, 1934.

Price, Smith & Spilman, of Charleston, W. Va., for appellant.

George Richardson, Jr., of Bluefield, W. Va., and Fisher, Boyden, Bell, Boyd & Marshall, of Chicago, Ill., for appellees.

PER CURIAM.

On application of appellant, consented to by appellees, appeal is dismissed. Order filed.

R. B. HACKLER et al., Appellants, v. FARM & HOME SAVINGS & LOAN ASSOCIATION et al.

No. 10093.

Circuit Court of Appeals, Eighth Circuit.

Oct. 4, 1934.

For opinion below, see 6 F. Supp. 610.

Walter H. Saunders, of St. Louis, Mo., and R. M. Sheppard and Phineas Rosenberg, both of Kansas City, Mo., for appellants.

Cyrus Crane and John Lathrop, both of Kansas City, Mo., and Lynn M. Ewing and Boyd Ewing, both of Nevada, Mo., for appellees.

PER CURIAM.

Appeal dismissed, with prejudice, at costs of appellants, etc., per stipulation of parties.

HARSCU STEEL COMPANY, Appellant, v. UNITED STATES of America.

No. 10098.

Circuit Court of Appeals, Eighth Circuit.

Sept. 5, 1934.

Chase Morsey, of St. Louis, Mo., for appellant.

Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal docketed and dismissed, on motion of appellee, under Rule 16 of this court.

S. A. HAYS, Individually and as Collector of Internal Revenue for the District of West Virginia, Appellant, v. BOONE COUNTY COAL CORPORATION, a Corporation, Appellee.

No. 3781.

Circuit Court of Appeals, Fourth Circuit.

Oct. 12, 1934.

Howard L. Robinson, U. S. Atty., of Clarksburg, W. Va., for appellant.

Price, Smith & Spilman, of Charleston, W. Va., for appellee.

PER CURIAM.

On motion of appellee, cause is docketed and dismissed. Order filed.